IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO B. CORDOVA, | No. C 08-05728 SI |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| AMERICA'S SERVICING COMPANY, et al. | |
|     Defendants. | |

Defendants' motion to dismiss is granted.  This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 24, 2009

SUSAN ILLSTON
United States District Judge